UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER BIRKHOLZ,                   )
d/b/a BIRKHOLZ AND COMPANY,       )
    Plaintiff,                    )
                                  )
        v.                         )    Civ. A. No. 11-12264-MLW
                                  )
PHILADELPHIA INDEMNITY            )
INSURANCE COMPANY,                )
    Defendant.                    )

ORDER

WOLF, D.J.                                              May 8, 2014

For the reasons explained in detail at the May 8, 2014 hearing, it is hereby ORDERED that defendant Philadelphia Indemnity Insurance Company's Renewed Motion for Summary Judgment (Docket No. 41) is ALLOWED. Judgment shall, therefore, enter for defendant.

                                      /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE